ed, costs to abide the event, on the ground that the court erred in its refusal to charge that Adler was not a fellow servant and that his negligence would not suffice to enable the plaintiff to recover. See 99 N. Y. Supp. 356.

RICH, J., dissents.

PEOPLE, Appellant, v. BEDDOW, Respondent. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) Proceedings by the people of the state of New York against Thomas Beddow. No opinion. Order unanimously affirmed.

PEOPLE v. DINKELMANN. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Proceedings by the people of the state of New York against Oscar E. Dinkelmann. No opinion. Motion granted. Order filed.

PEOPLE, Respondent, v. DOTSON, Appellant. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Proceedings by the people of the state of New York against Napoleon P. L. Dotson. A. E. Ommen, for appellant. A. A. Mayper, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. DR. WEEKS' MEDICAL OFFICE, Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1908.) Proceedings by the people of the state of New York against Dr. Weeks' Medical Office. A. H. Rosenfeld, for appellant. R. S. Johnstone, for the People.

PER CURIAM. Judgment affirmed, on opinion in People v. Woodbury Dermatological Inst., 109 N. Y. Supp. 578. Order filed.

HOUGHTON, J., dissents, on his opinion in that case.

PEOPLE, Respondent, v. FERGUSON, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Proceedings by the people of the state of New York against William Ferguson. No opinion. Judgment of the Court of Special Sessions reversed on argument, upon the statement on behalf of the people that the conviction cannot stand, because of a reversal by this court of a case exactly similar.

PEOPLE v. FISCHER. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Proceedings by the people of the state of New York against Frank Fischer. No opinion. Motion granted. Order filed..

PEOPLE, Respondent, v. FOSTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Proceedings by the people by the state of New York against George S. Foster. No opinion. Judgment and order affirmed.

PEOPLE v. JACKSON. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Proceedings by the people of the state of New York against John Jackson. No

opinion. Motion denied, on condition that appellant be ready for October Term. Order filed.

PEOPLE, Appellant, v. KNICKERBOCKER TRUST CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Proceedings by the people of the state of New York against the Knickerbocker Trust Company and Ernst Thalman and others, as temporary receivers, etc. No opinion. Motion to dismiss appeal denied.

PEOPLE, Appellant, v. KNICKERBOCKER TRUST CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Proceedings by the people of the state of New York against the Knickerbocker Trust Company and Ernst Thalman and others as temporary receivers, etc. No opinion. Appeal from the order before its resettlement dismissed.

PEOPLE, Appellant, v. KNICKERBOCKER TRUST CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 29, 1908.) Proceedings by the people of the state of New York against the Knickerbocker Trust Company and Ernst Thalman, Henry C. Ide, and George L. Rives, as temporary receivers of the Knickerbocker Trust Company. No opinion. Motion to resettle order denied. Motion for leave to appeal to the Court of Appeals denied.

PEOPLE, Respondent, v. LANE, Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Proceedings by the people of the state of New York against William Lane. No opinion. Judgment of the Court of Special Sessions affirmed.

PEOPLE, Respondent, v. LANING, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Proceedings by the people of the state of New York against Howard W. Laning. No opinion. Judgment of the County Court of Dutchess county reversed, and new trial ordered, on the ground that the people failed to sustain the burden of proof as to the sanity of the defendant at the time of the commission of the crime.

PEOPLE, Respondent, v. MENSING, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Proceedings by the people of the state of New York against Helen Mensing. No opinion. Order affirmed.

PEOPLE v. POILLON. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Proceedings by the people of the state of New York against Charlotte Poillon. No opinion. Motion granted. Order filed.

PEOPLE, Respondent, v. RANELLI, Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Proceedings by the people of the state of New York against James Ranelli. No opinion. Motion granted.